RECEIVED
IN LAKE CHARLES, LA
JAN 2 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LARRY GREEN** | : | **DOCKET NO. 2:04 CV 0819** |
| VS. | : | JUDGE MINALDI |
| **WILLIAM E. TILLEY, DISTRICT ATTORNEY AND HIS INSURER, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein, the Motion for Summary Judgment filed by the defendants, John S. Craft, Sheriff of Vernon Parish, Louisiana and Danny Hunt, individually and as Deputy Sheriff of Vernon Parish, Louisiana, IS GRANTED.

IT IS ORDERED that the plaintiff's suit is DISMISSED WITH PREJUDICE as to these defendants at the plaintiff's cost.

Lake Charles, Louisiana, this 23 day of January, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE