
RECEIVED
IN LAKE CHARLES, LA

JUL 18 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| LARRY GREEN | : | DOCKET NO. 04-0819 |
| --- | --- | --- |
| VS. | : | JUDGE MINALDI |
| WILLIAM E. TILLEY, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT OF DISMISSAL

On June 6, 2006, plaintiff was cautioned that the court was considering dismissal of seven "Unknown Insurers" because no proceedings had been taken against said defendants within the last six months. LR 41.3W; *see*, June 6, 2006, Notice of Intent to Dismiss. Plaintiff was allotted 15 calendar days to amend his complaint to substitute properly named defendants for the "Unknown Insurers" or to file evidence of good cause for his failure to timely proceed against said defendants. More than fifteen (15) days have elapsed without any response from plaintiff.

Accordingly, it is ordered that plaintiff's claims against the "Unknown Insurers" of William E. Tilley, Terry Lambright, John S. Craft, Danny Hunt, Gladys D. Daniels, Adrian Daniels, and Leroy Oram be, and they are hereby DISMISSED, without prejudice. LR 41.3W. Said defendants may be reinstated upon good cause shown within thirty (30) days from today.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 17 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE