RECEIVED
IN LAKE CHARLES, LA

AUG 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LARRY GREEN | : | DOCKET NO. 04-0819 |
| VS. | : | JUDGE MINALDI |
| WILLIAM E. TILLEY, ET AL. | : | MAGISTRATE JUDGE WILSON |

## ORDER

Before the court is Plaintiff's Motion to Rescind the court's July 18, 2006, Judgment of Dismissal and to delay the September 21, 2006, scheduling conference until discovery is completed. [doc. # 52]. The motion is DENIED.

This case is over two years old, and despite ample opportunity to amend his complaint to name proper parties for the "unknown insurers," Plaintiff has failed to do so. Plaintiff's motion does not indicate that he has identified the "unknown insurers," or that discovery of their identity is imminent. If, and when, Plaintiff identifies the "unknown insurers" he can petition the court for leave to amend his complaint to join said defendants pursuant to Fed.R.Civ.P. 15(a).[1]

Plaintiff also asks the court to delay the September 21, 2006, telephone scheduling conference until discovery is completed. Yet, except by order of the court or agreement of the parties, discovery cannot commence prior to the Rule 26(f) conference. Fed.R.Civ.P. 26(d). Moreover, a trial date and resulting deadlines will be fixed at the scheduling conference hopefully to increase the pace of this desultory case.

---

[1] Invoking the Sixth Amendment, Plaintiff argues that he has been prejudiced by ineffective assistance of counsel. However, the Sixth Amendment applies only to criminal proceedings.

IT SO ORDERED.

Lake Charles, Louisiana, this \_\_11\_\_ day of August, 2006.

                                                 PATRICIA MINALDI
                                                 UNITED STATES DISTRICT JUDGE