UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| LARRY GREEN | : | DOCKET NO. 04-0819 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| WILLIAM E. TILLEY, ET AL. | : | MAGISTRATE JUDGE WILSON |

## **ORDER**

On July 25, 2006, a FRCP 16(b) scheduling conference was set for September 21, 2006, at 9:00 a.m. (*See*, July 25, 2006, Scheduling Conference Order). Plaintiff was responsible for initiating a conference call at that time. *Id*. Plaintiff failed to do so.

Accordingly, plaintiff is notified that the court is considering dismissing the action for failure to comply with the July 25, 2006, Order. Fed.R.Civ.P. 41(b). Plaintiff shall have eleven (11) days from today's order within which to show good cause for failure to comply.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on September 26, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE