# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| LARRY GREEN | : | DOCKET NO. 04-0819 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| WILLIAM E. TILLEY, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

On July 24, 2006, this matter was set for a scheduling conference before the undersigned. (*See*, July 24, 2006, Scheduling Conference Order).[1] It was plaintiff's responsibility to initiate the conference call. *Id*. Yet, he did not do so. Accordingly, on September 26, 2006, plaintiff was allotted 11 days to show good cause for failing to comply with the court's July 24, 2006, Order. (*See*, September 26, 2006, Order). More than 30 days later, the court has not received a response from plaintiff.

The court finds that plaintiff's repeated failure to comply with orders of the court warrants dismissal. Fed.R.Civ.P. 41(b). Such dismissals may be ordered *sua sponte* in accordance with the court's inherent power to control its docket. *See, Link v. Wasbash Railroad Company*, 82 S.Ct. 1386 (1962); *Rogers v. Kroger, Co.*, 669 F.2d 317, 320-21 (5th Cir. 1982); *Natural Gas Pipeline Co. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993).

Accordingly, IT IS ORDERED, that the above-captioned action be, and it is hereby DISMISSED, without prejudice.

Plaintiff may move for reinstatement within the next 30 days from today for good cause

---

[1] Plaintiff filed a motion to delay the scheduling conference. However, the motion was denied. (*See*, August 11, 2006, Order).

shown.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on October 31, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE